

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-16-00316-CR

| | | |
|---|---|---|
| Floyd Richard Albrecht | § | From County Criminal Court No. 3 |
| | § | of Tarrant County (1233441) |
| v. | § | January 4, 2018 |
| | § | Opinion by Justice Pittman |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to show that the total assessed court costs are $390.10, not the $490.10 assessed in the original judgment. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mark T. Pittman_____
Justice Mark T. Pittman